# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

EMMANUEL ALCE,

    Petitioner,

v.                                                         CASE NO. 4:09cv82-RH/WCS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation (document 16). No objections have been filed. As would be expected if the report and recommendation is correct, the Postal Service has returned the petitioner's copy of the report and recommendation to the clerk of the court as undeliverable. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on September 2, 2009.

                                                       s/Robert L. Hinkle
                                                       United States District Judge